IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 05-C-0030-X |
| | ) |
| LAROY D. REEK, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ASSOCIATED BANC-CORP, | ) |
| | ) |
| Garnishee Defendant. | ) |
| | ) |
| | ) |

ORDER TERMINATING GARNISHMENT

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant paying his debt in full,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this __12TH__ day of __FEBRUARY__, 2008.

BY THE COURT:

STEPHEN L. CROCKER
United States District Judge

Copy of this document has been provided to _____
this ___ day of ___, 20__
by _____
C. A. Korth, Secretary to
Magistrate Judge Crocker